# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br>v.<br><br>JOHN BUCK,<br><br>               Defendant. | Case No. 1:22-po-00145-SAB<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

**Convicted of:**    36 C.F.R. § 261.52(a), prohibited campfire

**Sentence Date:**    June 5, 2023

**Review Hearing Date:** April 18, 2024

**Probation Expires On:** June 5, 2024

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒     **Obey all federal, state and local laws**; and

☒     **Monetary Fines & Penalties in Total Amount of:** $390.00, which Total Amount is made up of a Fine: $350.00; Special Assessment: $30; Processing Fee: $10; Restitution: $0.

☒     Payment schedule of $39.00 per month by the 15th of each month.

☐     **Community Service hours Imposed of:**

☒     **Other Conditions:** Report to the U.S. Marshal Service no later than 6/30/2023 for processing.

## *COMPLIANCE:*

☒     Defendant has completed <u>all</u> conditions of probation described above. While defendant missed payments in February and March 2024, he paid the outstanding fine balance in full on April 4, 2024.

      **Otherwise:**

☐     Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

          If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐     To date, Defendant has paid a total of
       ☐ If not paid in full when was last time payment:     Date:
                                                                        Amount:

☐     To date, Defendant has performed Click here to enter text. hours of community service.

☐     Compliance with Other Conditions of Probation:

**_GOVERNMENT POSITION:_**

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney: Chan Hee Chu

**_DEFENDANT'S REQUEST (OPTIONAL):_**

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 4/18/2024 at 10:00 a.m.

    ☐ be continued to _____ at 10:00 a.m.; or

    ☒ be vacated.

☐ that Defendant's appearance for the review hearing be waived.

DATED: 4/4/2024      _/s/ Erin M. Snider_
                    DEFENDANT'S COUNSEL

DATED: 4/4/2024      _/s/ Chan Hee Chu_
                    GOVERNMENT COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that the Review Hearing be vacated.

☐ DENIED.

IT IS SO ORDERED.

Dated: **April 5, 2024**

UNITED STATES MAGISTRATE JUDGE